UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
HORMEL FINANCIAL SERVICES CORPORATION,

                        Plaintiff,

-against-

ALL THESE BRAND NAMES, INC.,

                        Defendant.

------------------------------------------------------------X

Civil Action No:

**08 CIV. 7209**

**COMPLAINT**

JUDGE ROBINSON

The plaintiff, HORMEL FINANCIAL SERVICES CORPORATION ("Hormel"), complaining of the defendant by its attorneys, Morgan Melhuish Abrutyn, respectfully alleges the following under information and belief.

## JURISDICTION

1. At all times hereinafter mentioned, the plaintiff was and remains a corporation formed in the State of Minnesota with its principal place of business located at 1 Hormel Place, City of Austin, State of Minnesota and was and is a citizen of Minnesota.

2. At all times hereinafter mentioned, the defendant, ALL THESE BRAND NAMES, INC. ("ATBN"), was a domestic corporation of the State of New York with a principal place of business located at 911 Mamaroneck Avenue, City of Mamaroneck, State of New York and was an is a citizen of the State of New York.

13. That ATBN owes Hormel the remaining contract price of $89,449.92, plus interest.

14. That such payment and interest accrues from the date that the balance was due, no later than 10 days after the contract date, or on or before August 18, 2007 (invoice dated 8/8/07).

**WHEREFORE**, Hormel demands judgment over ATBN for $89,449.92, plus interest, and costs and disbursements, together with such other and further relief as this Court deems just, proper and equitable.

Dated: August 8, 2008

**MORGAN MELHUISH ABRUTYN**

BY: _____
**JOSEPH DeDONATO**
39 Broadway, 17th Floor
New York, New York 10006
(212) 809-1111
Attorneys for Plaintiff
HORMEL FINANCIAL SERVICES CORP.

494654