UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

HORMEL FINANCIAL SERVICES CORPORATION,

                    Plaintiff,

-against-

ALL THESE BRAND NAMES, INC.,

                    Defendant.

-----------------------------------------------------------------X

Civil Action: 08 CIV. 7209

PLAINTIFF'S STATEMENT
PURSUANT TO FRCP §7.1

JUDGE ROBINSON

      The plaintiff, Hormel Financial Services Corporation, by and through its attorneys, Morgan Melhuish Abrutyn, for its response to FRCP §7.1 states the following:

      The stock of plaintiff, Hormel Financial Services Corporation, is wholly owned by Hormel Foods Corporation. Hormel Foods Corporation is a publicly traded corporation.

Dated: August 12, 2008

                                                **MORGAN MELHUISH ABRUTYN**

                                                BY: _____
                                                      JOSEPH DeDONATO
                                                      39 Broadway, 17th Floor
                                                      New York, New York 10006
                                                      (212) 809-1111
                                                      Attorneys for Plaintiff
                                                      HORMEL FINANCIAL SERVICES CORP.

494663